[No. 436-3.  Division Three.  April 11, 1972.]

VIRGINIA GARZA GOMEZ, *Appellant*, v. DONALD A. STARK et al., *Respondents*.

[No. 174-3.  Division Three.  April 12, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT E. WILLIAMS, *Appellant*.

[No. 413-3.  Division Three.  April 13, 1972.]

JAMES FORD, *Appellant*, v. CHARLES A. HOLLIBOUGH, *Respondent*.

[No. 437-3.  Division Three.  April 19, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE CLAY ANDERSON, *Appellant*.